**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

In re:  Karl Logan Jones                                                                Case No. 11-50535-FJS
                                                                                                        Chapter 13

　　　　Debtor

**OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN
BY THE STANDING TRUSTEE AND
NOTICE OF OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN
BY THE STANDING TRUSTEE AND
NOTICE OF HEARING**

*OBJECTION TO CONFIRMATION*:

　　　　Michael P. Cotter, Chapter 13 Standing Trustee, respectfully objects to confirmation by the Court of a Plan submitted by the above debtor, dated, March 23, 2011, on the following grounds, to-wit:

　　　　The debtor has failed to provide a copy of year 2010 Federal and State tax returns, verification of income, verification of automobile insurance as well the engagement letter and initial consultation letter.  Without requested documents, the Trustee cannot properly evaluate or administer the case. Upon receipt and review of said documents, amendments may be necessary.

WHEREFORE, the Standing Trustee objects to confirmation of the proposed Chapter 13 Plan.

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

*NOTICE OF OBJECTION TO CONFIRMATION:*

Michael P. Cotter, Chapter 13 Standing Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan dated, March 23, 2011, which was filed in this bankruptcy case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then you or your attorney must:

**Attend** the **HEARING** scheduled to be held on **May 20, 2011 at 9:30 a.m..**  The hearing will be held in United States Bankruptcy Court for the Eastern District of Virginia, Newport News Division, 2400 West Avenue, Newport News, Virginia.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Local Bankruptcy Rule 3015-2(D)(3) provides that as soon as possible after the filing of an objection, counsel are directed to communicate in an effort to settle the objection well in advance of any scheduled hearing on objection to confirmation.

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

*NOTICE OF HEARING ON OBJECTION:*

**NOTICE IS HEREBY GIVEN** that a **HEARING** on the foregoing Objection to Confirmation will be convened on **May 20, 2011 at 9:30 a.m..** The hearing will be held in United States Bankruptcy Court for the Eastern District of Virginia, Newport News Division, 2400 West Avenue, Newport News, Virginia.

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee

**CERTIFICATION**

I hereby certify that a copy of this Objection to Confirmation, and Notice was mailed on May 04, 2011, to attorney for the debtor , Christian D'angelo Deguzman, The Debt Law Group, Pllc, 7825 Midlothian Turnpike, Suite 104, Richmond, VA 23235; and to the debtor, Karl Logan Jones, Po Box 2201, Yorktown, VA 23692.

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Standing Trustee

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000